Marie FLAHERTY, Plaintiff–
Appellant,

v.

Jason FILARDI, George Tobia, Jr.,
Burns and Levinson, LLP, Hyde Park
Entertainment, Ashok Amritraj,
David Hoberman, Todd Lieberman,
Walt Disney Company, Buena Vista
Motion Pictures Group, Touchstone
Pictures, Bungalow 78 Productions,
Kushner–Locke Company, Meepierson
Film CV, WMG Film, Jane Bartelme,
Cookie Carosella, Dana Owens, DBA
Queen Latifah, Does, 1–10, 7th Calva-
ry Productions, Inc., Big House Pro-
ductions, Inc., Peter Filardi, Writer's
Guild of America, West, Walt Disney
Enterprises, Inc., Does, 6–10, inclusive,
Defendants–Appellees.

No. 10–4873–cv.

United States Court of Appeals,
Second Circuit.

Feb. 28, 2012.

Marie Flaherty, pro se, New York, N.Y.,
for Appellant.

Jeffrey A. Conciatori, Jonathan Oblak,
Hilary Ritter Ormond, Quinn Emanuel Ur-
quhart & Sullivan, LLP, New York, N.Y.;
Robert J. Muldoon, Jr.; Peter Herzog,
Margaret H. Paget, Sherin and Lodgen
LLP, Boston, M.A., for Appellees.

PRESENT: ROBERT A.
KATZMANN, DENNY CHIN, and
SUSAN L. CARNEY, Circuit Judges.

## SUMMARY ORDER

Marie Flaherty ("Flaherty"), *pro se,* ap-
peals from final judgments of the Southern
District of New York (Swain, *J.* ) entered
pursuant to Federal Rule of Civil Proce-
dure 54(d), as well as the district court's
orders denying her motion to vacate those
judgments and her motion for an order to
show cause why, *inter alia,* the magistrate
judge should not be recused from the case.
We assume the parties' familiarity with the
underlying facts and the procedural histo-
ry of the case.

We review judgments of costs entered
pursuant to Federal Rule of Civil Proce-
dure 54(d) for abuse of discretion. *See In
re Air Crash Disaster,* 687 F.2d 626, 629
(2d Cir.1982). After having reviewed
Flaherty's arguments and the proceedings
below, we find no abuse of discretion in the
district court's award of certain costs in-
curred by defendants in the course of this
litigation. The district court's denial of
Flaherty's motion to vacate or stay those
judgments of costs was likewise proper.

Flaherty also challenges the district
court's denial of her Federal Rule of Civil
Procedure 60(b)(6) motion for an order to
show cause why, *inter alia,* the magistrate

judge should not be recused from the case. We review a district court's denial of a motion brought pursuant to Rule 60(b)(6) for abuse of discretion. *See Matarese v. LeFevre,* 801 F.2d 98, 106–07 (2d Cir.1986). After having reviewed Flaherty's contentions on appeal and the proceedings below, we find no abuse of discretion in the district court's denial of this motion. In addition, even assuming *arguendo,* as Flaherty asserts, that her motion was filed pursuant to Rule 60(b)(4) and, hence, that we should review the district court's order *de novo,* our conclusion that the district court properly denied the motion does not change.

Finally, to the extent Flaherty now seeks to appeal judgments or orders of the district court that were appropriately the subject of her previous appeals in this Court, we decline to consider those arguments as they are now waived pursuant to the law of the case doctrine. *See, e.g., United States v. Quintieri,* 306 F.3d 1217, 1229 (2d Cir.2002); *United States v. Tenzer,* 213 F.3d 34, 39 (2d Cir.2000).

We have considered all of Flaherty's arguments and find them to be without merit. Accordingly, the challenged judgments and orders of the district court are AFFIRMED.[1]

[1]. In line with the district court's October 20, 2010 order, we direct that Flaherty seek and obtain the district court's leave to make any further filings in that court.